■ 20 CLARKE PLACE REALTY CORP., Respondent, v RUDGES AND CO., INC., et al., Appellants. [700 NYS2d 23] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered December 16, 1998, which denied defendants' motion to dismiss the complaint as time-barred, unanimously affirmed, with costs.

Defendants' motion to dismiss was properly denied on the ground that plaintiff commenced this action sounding in breach of contract within the applicable six-year statutory period. Defendant insurance brokers and agents are not professionals and, accordingly, the three-year Statute of Limitations for malpractice (CPLR 214 [6]) is not applicable as a bar to plaintiff's action (*see, Santiago v 1370 Broadway Assocs.*, 264 AD2d 624). Concur—Nardelli, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.